Bret O. Whipple, Esq.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 South Tenth Street
Las Vegas, Nevada 89104
Tel: (702) 731-0000
Fax: (702) 974-4008
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REGINALD LOWE, ) <br> ) <br> Defendant. ) | CASE NO. 2:16-cr-00083-JCM-NJK <br><br> **ORDER** <br><br> (Docket No. 52) |

Upon the Ex Parte Application for an Order Compelling Nevada Southern Detention Center to Facilitate Attorney Client Communication with Reginald Lowe (ID #53184048) filed on behalf of above-named Defendant, by and through BRET WHIPPE, ESQ, and good cause appearing therefore, Defendant's motion (Docket No. 52) is hereby GRANTED.

IT IS HEREBY ORDERED that the Defendant's Ex Parte Application and Request for a Court Order Compelling Nevada Southern Detention Center to Facilitate Attorney Client Communication with Reginald Lowe (ID #53184048).

IT IS FURTHER ORDERED that Bret Whipple, Esq. is able to receive requested information on Mr. Lowe's status and condition from Nevada Southern Detention Center and/or any hospitals in which he is being treated.

//

//

//

IT IS FURTHER ORDERED that Mr. Lowe's status and location be disclosed to Bret Whipple, Esq and Bret Whipple, Esq. may be able to facilitate contact with Mr. Lowe while he is being treated in medical facilities.

IT IS SO ORDERED.

DATED __20th__ day of July, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**JUSTICE LAW CENTER**

By _____
BRET WHIPPLE, ESQ.
Bar No. 6168
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
admin@justice-law-center.com