DANIEL G. BOGDEN
United States Attorney
PATRICK BURNS
Assistant United States Attorney
Nevada State Bar #: 11779
Lloyd D. George United States Courthouse
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418

Attorney for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -OOO-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CASE NO:  2:16-CR-00083-JCM-NJK |
| REGINALD ANTHONY LOWE, a/k/a "Red" a/k/a "Reggie Lowe," | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| Defendants. | |

     It is hereby stipulated and agreed, by and between Daniel G. Bogden, United States Attorney, through Patrick Burns, Assistant United States Attorney, and Bret Whipple, Esq., counsel for defendant Reginald Anthony Lowe, that sentencing in the above-captioned matter, previously scheduled for January 25, 2017, at 10:00 a.m., be vacated and continued until a time convenient to the Court, but not sooner than sixty (60) days from now.

     This Stipulation is entered into for the following reasons:

     1.    Defendant Lowe recently passed away while pending sentencing. This information has been confirmed by the United States Marshals Service.

     2.    The Government is requesting an official death certificate so that the case can be formally dismissed as to Defendant Lowe at the next hearing.

     3.    Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

4.      This is the first request for a continuance of Defendant Lowe's sentencing filed in this matter.

Dated this 23 day of January, 2017

                                                  DANIEL G. BOGDEN
                                                  United States Attorney


        /s/                                               /s/
By: _____      By:_____
    BRET WHIPPLE, Esq.                     PATRICK BURNS
    Counsel for Defendant LOWE             Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -OOO-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>      vs.<br><br>REGINALD ANTHONY LOWE,<br>          a/k/a "Red"<br>          a/k/a "Reggie Lowe,"<br><br><br>                          Defendants. | CASE NO:  2:16-CR-00083-JCM-NJK<br><br><br>**FINDINGS OF FACT AND ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.       Defendant Lowe recently passed away while pending sentencing. This information has been confirmed by the United States Marshals Service.

2.       The Government is requesting an official death certificate so that the case can be formally dismissed as to Defendant Lowe at the next hearing.

3.       Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

4.       This is the first request for a continuance of Defendant Lowe's sentencing filed in this matter.

For all of the above-stated reasons, the ends of justice would be served best by a continuance of the sentencing hearing date.
///

3

## **ORDER**

IT IS FURTHER ORDERED that the sentencing hearing in *United States v. Reginald Lowe,* 2:16-CR-00083-JCM-NJK, previously scheduled for January 25, 2017 at 10:00 a.m. is vacated and continued until _**Monday, March 27, 2017** at 10:00 a.m.**

**Dated this 23rd day of January, 2017.**

By: _____

Judge James C. Mahan

United States District Court Judge

4

<u>Certificate of Service</u>

I, Veronica Criste, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: STIPULATION TO CONTINUE SENTENCING HEARING, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Dated:    January 23, 2017

/s/    Veronica Criste
Legal Assistant to PATRICK BURNS
Assistant United States Attorney
District of Nevada

5