1

2

STEVEN W. MYHRE
Acting United States Attorney
PATRICK BURNS
Assistant United States Attorneys
Nevada State Bar #: 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336/FAX: (702) 388-6418
John.P.Burns@usdoj.gov

3

4

5

6

Attorneys for the United States of America

7

8

9

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

10

11

12

13

14

15

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REGINALD ANTHONY LOWE,<br><br>    a/k/a "Red"<br>    a/k/a "Reggie Lowe,"<br><br>Defendant. | Case No.: 2:16-CR-00083-JCM-NJK<br><br>**GOVERNMENT'S RULE 48 MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT REGINALD LOWE** |
| --- | --- |

16

17

18

The United State of America, by and through STEVEN W. MYHRE, Acting United States

Attorney, and PATRICK BURNS, Assistant United States Attorney, hereby respectfully submits this

Government's Rule 48 Motion to Dismiss the Indictment as to Defendant Reginald Lowe.

19

20

**Memorandum of Points and Authorities**

21

**A.  Legal Standard for Government's Voluntary Dismissal of an Indictment Prior to Trial**

22

23

24

Rule 48(a) of the Federal Rules of Criminal Procedure, governing "Dismissal, (a) By the

Government," provides that, "The government may, with leave of court, dismiss an indictment,

information, or complaint. The government may not dismiss the prosecution during trial without the

1

defendant's consent."

### B. Good Cause and the Interests of Justice Support Dismissing the Indictment as to Defendant Reginald Lowe

Good cause exists for granting the Government leave to dismiss the Indictment as to Defendant Reginald Lowe. Defendant Lowe is now deceased as confirmed by the attached redacted version of his death certificate. *See* Exhibit 1, Certificate of Death, Reginald Anthony Lowe, March 6, 2017. Should the Court grant this motion, the hearing currently scheduled for March 27, 2017 at 10:00 AM could be vacated.

### I.      Conclusion

WHEREFORE, after consideration of the included facts, points, authorities, exhibits, and arguments, the United States respectfully requests that this Court dismiss the indictment as to Defendant Reginald Lowe only, and vacate the hearing currently set for March 27, 2017 at 10:00 AM.

DATED this 17 day of March, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

//s//

PATRICK BURNS
Assistant United States Attorneys

2

1

2

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**-oOo-**

4

UNITED STATES OF AMERICA,

Plaintiff,

Case No.: 2:16-CR-00083-JCM-NJK

5

vs.

6

REGINALD ANTHONY LOWE,

**ORDER DISMISSING THE INDICTMENT**
**AS TO DEFENDANT REGINALD LOWE**

7

a/k/a "Red"
a/k/a "Reggie Lowe,"

8

Defendant.

9

10

Under Federal Rules of Criminal Procedure Rule 48(a), and by leave of Court endorsed hereon,

11

the Acting United States Attorney for the District of Nevada hereby dismisses, as to Defendant

12

Reginald Lowe only, the Criminal Indictment filed on March 25, 2016.  Leave of Court is granted for

13

the filing of the foregoing dismissal and the case is dismissed as to Defendant Reginald Lowe. The

14

hearing previously scheduled for March 27, 2017 at 10:00 AM is hereby vacated.

15

16

DATED March 20, 2017.

17

18

_____
JUDGE JAMES C. MAHAN
United States District Judge

19

20

21

22

23

24

3

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
#### DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
#### VITAL STATISTICS

**CASE FILE NO.** 3936533

**CERTIFICATE OF DEATH**

2017003831
STATE FILE NUMBER

TYPE OR PRINT IN PERMANENT BLACK INK

**DECEDENT**

| 1a. DECEASED-NAME (FIRST,MIDDLE,LAST,SUFFIX) | | 2. DATE OF DEATH (Mo/Day/Year) | 3a. COUNTY OF DEATH |
|---|---|---|---|
| Reginald | LOWE | January 14, 2017 | Nye |

| 3b. CITY, TOWN, OR LOCATION OF DEATH | 3c. HOSPITAL OR OTHER INSTITUTION -Name(If not either, give street an | 3e.If Hosp. or Inst. indicate DOA,OP/Emer. Rm. Inpatient(Specify) | 4. SEX |
|---|---|---|---|
| Pahrump | Desert View Regional Medical Center | Emergency Room / Outpatient | Male |

| 5. RACE (Specify) | 6. Hispanic Origin? Specify | 7a. AGE-Last birthday (Years) | 7b. UNDER 1 YEAR MOS DAYS | 7c. UNDER 1 DAY HOURS MINS | 8. DATE OF BIRTH (Mo/Day/Yr) |
|---|---|---|---|---|---|
| Black | No - Non-Hispanic | 49 | | | |

IF DEATH OCCURRED IN INSTITUTION SEE HANDBOOK REGARDING COMPLETION OF RESIDENCE ITEMS

| 9a. STATE OF BIRTH (If not US/CA, name country) | 9b. CITIZEN OF WHAT COUNTRY | 10.EDUCATION | 11. MARITAL STATUS (Specify) | 12. SURVIVING SPOUSE'S NAME (Last name prior to first marriage) |
|---|---|---|---|---|
| | United States | 12 | | |

| 13. SOCIAL SECURITY NUMBER | 14a. USUAL OCCUPATION (Give Kind of Work Done During Most of | 14b. KIND OF BUSINESS OR INDUSTRY | Ever in US Armed Forces? No |
|---|---|---|---|
| | Carpenter | Construction | |

| 15. RESIDENCE - STATE | 15b. COUNTY | 15c. CITY, TOWN OR LOCATION | 15d. STREET AND NUMBER | 15e. INSIDE CITY LIMITS (Specify Yes or No) |
|---|---|---|---|---|
| Nevada | Clark | Las Vegas | 7605 Paso Robles Avenue | Yes |

**PARENTS**

| 16. FATHER/PARENT - NAME (First Middle Last Suffix) | 17. MOTHER/PARENT - NAME (First Middle Last Suffix) |
|---|---|
| | |

| 18a. INFORMANT- NAME (Type or Print) | 18b. MAILING ADDRESS (Street or R.F.D. No, City or Town, State, Zip) |
|---|---|
| | |

**DISPOSITION**

| 19a. BURIAL, CREMATION, REMOVAL, OTHER (Specify) | 19b. CEMETERY OR CREMATORY - NAME | 19c. LOCATION City or Town State |
|---|---|---|
| Removal/Burial | Evergreen Memory Gardens | Columbus Georgia 31907 |

| 20a. FUNERAL DIRECTOR - SIGNATURE (Or Person Acting as Such) | 20b. FUNERAL DIRECTOR LICENSE NUMBER | 20c. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| WALTER W HARTLEY  SIGNATURE AUTHENTICATED | 626 | Pahrump Family Mortuary  5441 S. Vicki Ann Pahrump NV 89048 |

**TRADE CALL**

TRADE CALL - NAME AND ADDRESS  Sconies Mortuary 836 Fifth Avenue  Columbus GA 81900

**CERTIFIER**

| To Be Completed by CERTIFYING PHYSICIAN | To Be Completed by CORONER'S OFFICE |
|---|---|
| 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.(Signature & Title) | 22a. On the basis of examination and/or investigation, in my opinion  death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title)  **THOMAS D KLENCZAR**  SIGNATURE AUTHENTICATED |
| 21b. DATE SIGNED (Mo/Day/Yr)  21c. HOUR OF DEATH | 22b. DATE SIGNED (Mo/Day/Yr) March 02, 2017   22c. HOUR OF DEATH 07:20 |
| 21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 22d. PRONOUNCED DEAD (Mo/Day/Yr) January 14, 2017   22e. PRONOUNCED DEAD AT (Hour) 07:20 |

| 23a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, ATTENDING PHYSICIAN, MEDICAL EXAMINER, OR CORONER) (Type or Print)  Sergeant Thomas D Klenczar  1520 E. Basin Rd Pahrump, NV  89060 | 23b. LICENSE NUMBER |
|---|---|

**REGISTRAR**

| 24a. REGISTRAR (Signature)  SHERRIE A CONNELL  SIGNATURE AUTHENTICATED | 24b. DATE RECEIVED BY REGISTRAR (Mo/Day/Yr)  March 02, 2017 | 24c. DEATH DUE TO COMMUNICABLE DISEASE  YES ☐  NO ☒ |
|---|---|---|

**CAUSE OF DEATH**

| 25. IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c).) | Interval between onset and death |
|---|---|
| PART I (a) Congestive Heart Failure | |
| DUE TO, OR AS A CONSEQUENCE OF: (b) Hypertension | Interval between onset and death |
| DUE TO, OR AS A CONSEQUENCE OF: (c) | Interval between onset and death |
| DUE TO, OR AS A CONSEQUENCE OF: (d) | Interval between onset and death |

CONDITIONS IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE STATING THE UNDERLYING CAUSE LAST

| PART II OTHER SIGNIFICANT CONDITIONS-Conditions contributing to death but not resulting in the underlying cause given in Part 1. | 26. AUTOPSY (Specify Yes or No) Yes | 27. WAS CASE REFERRED TO CORONER (Specify Yes or No) Yes |
|---|---|---|

| 28a. ACC., SUICIDE, HOM., UNDET. OR PENDING INVEST. (Specify) | 28b. DATE OF INJURY (Mo/Day/Yr) | 28c. HOUR OF INJURY | 28d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| | | | |

| 28e. INJURY AT WORK (Specify Yes or No) | 28f. PLACE OF INJURY- At home, farm, street, factory, office building, etc. (Specify) | 28g. LOCATION   STREET OR R.F.D. No. | CITY OR TOWN | STATE |
|---|---|---|---|---|
| | | | | |

**STATE REGISTRAR**



000 663 689

**CERTIFIED COPY OF VITAL RECORDS**

This is a true and exact reproduction of the document officially registered and placed on file in the office of the State Registrar and Vital Records.

DATE ISSUED:   3/6/2017

This copy is not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

SIGNATURE AUTHENTICATED





**[ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE]**